1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
2     Including Professional Corporations
   PETER H. KLEE, Cal. Bar No. 111707
3  JOSEPH E. FOSS, Cal. Bar No. 198294
   501 West Broadway, 18th Floor
4  San Diego, California 92101-3598
   Telephone:     619.338.6500
5  Facsimile:     619.234.3815
   E mail         PKlee@sheppardmullin.com
6                 JFoss@sheppardmullin.com

7  Attorneys for Defendant
   ALLSTATE NORTHBROOK INDEMNITY COMPANY
8  erroneously sued as Allstate Indemnity Company

9
                    UNITED STATES DISTRICT COURT
10
                  EASTERN DISTRICT OF CALIFORNIA
11
                      SACRAMENTO DIVISION
12

13

| | |
|---|---|
| JAMES GLORIA, | Case No. 2:22-cv-01126-WBS-CKD |
| Plaintiff, | **ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER** |
| v. | |
| ALLSTATE INDEMNITY COMPANY, a business entity; and DOES 1 through 50, inclusive, | Hon. William B. Shubb<br>Courtroom 5, 14th Floor |
| Defendants. | Magistrate Judge Carolyn K. Delaney<br>Courtroom 24, 8th Floor |

SMRH:4869-7236-5978.3

1       This stipulation is hereby entered into by and between plaintiff James Gloria and defendant

2 Allstate Northbrook Indemnity Company, by and through their respective counsel.

3       Whereas, the parties have discussed the witnesses who will need to be deposed in this case

4 and are working on scheduling depositions;

5       Whereas, the parties have met and conferred regarding the filing of cross-motions for

6 summary judgment and agree that such motions would be appropriate in this case;

7       Whereas, the parties would like to defer the time and expense of expert discovery and

8 certain fact discovery until after the Court has ruled on the cross-motions for summary judgment;

9       Whereas, the filing deadline for the parties' cross-motions for summary judgment is

10 January 26, 2024;

11       Whereas, the filing deadline for the parties' oppositions to cross-motions for summary

12 judgment is February 9, 2024;

13       Whereas, the filing deadline for the parties' reply briefs in support of their cross-motions

14 for summary judgment is February 20, 2024;

15       Whereas, the hearing date for the parties' cross-motions for summary judgment is March 4,

16 2024 at 1:30 p.m.;

17       Whereas, the current deadline to disclose experts and produce expert reports is May 7,

18 2024;

19       Whereas, the current deadline to disclose rebuttal experts and produce rebuttal expert

20 reports is June 5, 2024;

21       Whereas, the current discovery completion date is July 5, 2024;

22       Whereas, the current deadline to file all motions, except motions for continuances,

23 temporary restraining orders, or other emergency applications, is June 7, 2024;

24       Whereas, the final pretrial conference is currently scheduled for August 12, 2024, at 1:30

25 p.m.;

26       Whereas, trial is currently scheduled for October 8, 2024 at 9:00 a.m.;

27       Whereas, the parties have met and conferred and agree that the foregoing case management

28 dates and deadlines should be continued to allow additional time to conduct the discovery needed

SMRH:4869-7236-5978.3         STIPULATION TO MODIFY SCHEDULING ORDER; ORDER

1  to file cross-motions for summary judgment and to set a briefing schedule for those motions such

2  that any remaining discovery (including expert discovery) can be deferred until after the Court

3  rules on the parties' cross-motions;

4       Therefore, subject to the Court's approval, the Parties, by and through their respective

5  attorneys of record, hereby stipulate to modify the Court's most recent scheduling order (ECF No.

6  12), including the briefing schedule for the parties' cross-motions for summary judgment, as

7  proposed below:

8       1.    The parties' cross-motions for summary judgment shall be filed on or before May

9  24, 2024;

10       2.    Any opposition to the parties' cross-motions for summary judgment shall be filed

11  on or before June 14, 2024;

12       3.    Any reply brief in support of the parties' cross-motions for summary judgment

13  shall be filed on or before June 28, 2024;

14       4.    The hearing date for the parties' cross-motions for summary judgment shall be

15  scheduled for July 8, 2024 at 1:30 p.m.;

16       5.    The deadline to disclose experts and produce expert reports shall be continued to

17  October 11, 2024;

18       6.    The deadline to disclose rebuttal experts and produce rebuttal expert reports shall

19  be continued to November 8, 2024;

20       7.    The discovery completion date shall be continued to November 15, 2024;

21       8.    The deadline to file all motions, except motions for continuances, temporary

22  restraining orders, or other emergency applications, shall be continued to December 13, 2024;

23       9.    The final pretrial conference shall be continued to January 13, 2025 at 1:30 p.m.;

24  and

25       10.    The trial date shall be continued to March 11, 2025 at 9:00 a.m.

26

27

28

1      IT IS SO STIPULATED.[1]

2   Dated:  January 25, 2024

3                                          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4                               By            */s/ Joseph E. Foss*
                                              JOSEPH E. FOSS
5                                          Attorneys for Defendant
6                                 Allstate Northbrook Indemnity Company

7   Dated:  January 25, 2024

8

9                               By         */s/ Jonathan Amir Durham*
                                           JONATHAN AMIR DURHAM
10                                          Attorneys for Plaintiff
11                                              James Gloria

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
    [1] The filer certifies that all other signatories listed, and on whose behalf the filing is submitted,
28  concur in the filing's content and have authorized the filing.

**ORDER**

Having considered the Stipulation and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order in this case (ECF No. 12) be modified as follows:

1. The parties' cross-motions for summary judgment shall be filed on or before May 24, 2024;

2. Any opposition to the parties' cross-motions for summary judgment shall be filed on or before June 14, 2024;

3. Any reply brief in support of the parties' cross-motions for summary judgment shall be filed on or before June 28, 2024;

4. The hearing date for the parties' cross-motions for summary judgment shall be scheduled for **July 8, 2024 at 1:30 p.m.**;

5. The deadline to disclose experts and produce expert reports shall be continued to October 11, 2024;

6. The deadline to disclose rebuttal experts and produce rebuttal expert reports shall be continued to November 8, 2024;

7. The discovery completion date shall be continued to November 15, 2024;

8. The deadline to file all motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be continued to **December 13, 2024**;

9. The final pretrial conference shall be continued to **Feb. 24, 2025  at 1:30 p.m**.; and

10. The trial date shall be continued to **April 15, 2025 at 9:00 a.m.**

IT IS SO ORDERED.

Dated:  January 29, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SMRH:4869-7236-5978.3

Case No. 2:22-cv-01126-WBS-CKD

STIPULATION TO MODIFY SCHEDULING ORDER; ORDER