SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
JOSEPH E. FOSS, Cal. Bar No. 198294
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:    619.338.6500
Facsimile:    619.234.3815
E mail    PKlee@sheppardmullin.com
        JFoss@sheppardmullin.com

Attorneys for Defendant
ALLSTATE NORTHBROOK INDEMNITY COMPANY
erroneously sued as Allstate Indemnity Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES GLORIA,<br><br>        Plaintiff,<br><br>  v.<br><br>ALLSTATE INDEMNITY COMPANY, a business entity; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:22-cv-01126-WBS-CKD<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE RE OF CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER**<br><br>Hon. William B. Shubb<br>Courtroom 5, 14th Floor<br><br>Magistrate Judge Carolyn K. Delaney<br>Courtroom 24, 8th Floor |

1  This stipulation is hereby entered into by and between plaintiff James Gloria and defendant
2  Allstate Northbrook Indemnity Company, by and through their respective counsel.
3  Whereas, the parties have met and conferred regarding the filing of cross-motions for
4  summary judgment and agree that such motions would be appropriate in this case;
5  Whereas, plaintiff has expressed a need to depose Allstate's person most knowledgeable
6  before filing his summary judgment motion and before opposing Allstate's summary judgment
7  motion;
8  Whereas, the parties are in the process of scheduling the deposition of Allstate's person
9  most knowledgeable and anticipate that the deposition will take place on a mutually convenient
10 date in June or July 2024;
11 Whereas, the current filing deadline for the parties' cross-motions for summary judgment
12 is May 24, 2024;
13 Whereas, the current filing deadline for the parties' oppositions to cross-motions for
14 summary judgment is June 14, 2024;
15 Whereas, the current filing deadline for the parties' reply briefs in support of their cross-
16 motions for summary judgment is June 28, 2024;
17 Whereas, the current hearing date for the parties' cross-motions for summary judgment is
18 July 8, 2024 at 1:30 p.m.;
19 Whereas, the parties have met and conferred and agree that the foregoing briefing schedule
20 should be modified to allow additional time to conduct the discovery needed to file cross-motions
21 for summary judgment and also so that any remaining discovery (including expert discovery) can
22 be deferred until after the Court rules on the parties' cross-motions;
23 Therefore, subject to the Court's approval, the Parties, by and through their respective
24 attorneys of record, hereby stipulate to modify the briefing schedule for the parties' cross-motions
25 for summary judgment, as proposed below:
26 1. The parties' cross-motions for summary judgment shall be filed on or before
27 August 7, 2024;
28

2. Any opposition to the parties' cross-motions for summary judgment shall be filed on or before September 4, 2024;

3. Any reply brief in support of the parties' cross-motions for summary judgment shall be filed on or before September 17, 2024;

4. The hearing date for the parties' cross-motions for summary judgment shall be scheduled for September 30, 2024 at 1:30 p.m.; and

5. Other than the foregoing proposed modifications, the Court's most recent scheduling order will remain unchanged.

IT IS SO STIPULATED.[1]

Dated: May 23, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Joseph E. Foss*
JOSEPH E. FOSS
Attorneys for Defendant
Allstate Northbrook Indemnity Company

Dated: May 23, 2024

By  */s/ Jonathan Amir Durham*
JONATHAN AMIR DURHAM
Attorneys for Plaintiff
James Gloria

---

[1] The filer certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# ORDER

Having considered the Stipulation and for good cause shown, IT IS HEREBY ORDERED that the briefing schedule on cross-motions for summary judgment be modified as follows:

1. The parties' cross-motions for summary judgment shall be filed on or before **August 7, 2024**;

2. Any opposition to the parties' cross-motions for summary judgment shall be filed on or before **September 4, 2024**;

3. Any reply brief in support of the parties' cross-motions for summary judgment shall be filed on or before **September 17, 2024**;

4. The hearing date for the parties' cross-motions for summary judgment shall be scheduled for **September 30, 2024 at 1:30 p.m**.; and

5. Other than the foregoing proposed modifications, the Court's most recent scheduling order will remain unchanged.

IT IS SO ORDERED.

Dated: May 23, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE