SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
JOSEPH E. FOSS, Cal. Bar No. 198294
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:    619.338.6500
Facsimile:     619.234.3815
E mail          PKlee@sheppardmullin.com
                    JFoss@sheppardmullin.com

Attorneys for Defendant
ALLSTATE NORTHBROOK INDEMNITY COMPANY
erroneously sued as Allstate Indemnity Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES GLORIA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLSTATE INDEMNITY COMPANY, a business entity; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-01126-WBS-CKD<br><br>**STIPULATION TO MODIFY SCHEDULING ORDER AND BRIEFING SCHEDULE RE CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER**<br><br>Hon. William B. Shubb<br>Courtroom 5, 14th Floor<br><br>Magistrate Judge Carolyn K. Delaney<br>Courtroom 24, 8th Floor |

Case No. 2:22-cv-01126-WBS-CKD

SMRH:4895-0300-4373.1    STIPULATION TO MODIFY SCHEDULING ORDER AND BRIEFING SCHEDULE RE CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER

1  This stipulation is hereby entered into by and between plaintiff James Gloria and defendant
2  Allstate Northbrook Indemnity Company, by and through their respective counsel, for the purpose
3  of modifying the Court's Scheduling Order (Docket No. 14) and Order Modifying the Briefing
4  Schedule on Cross-Motions for Summary Judgment (Docket No. 16).

5  Whereas, the parties are in the process of conducting the discovery that is necessary for the
6  filing of their cross-motions for summary judgment;

7  Whereas, plaintiff has completed the first session of the deposition of Allstate's person
8  most knowledgeable and the parties will schedule a second session to take place on a mutually
9  convenient date;

10  Whereas, plaintiff has further noticed the deposition of a former Allstate employee,
11  however the witness may need to be subpoenaed;

12  Whereas, the parties have discussed the other witnesses who will need to be deposed in
13  this case and are working on scheduling depositions;

14  Whereas, during a recent deposition, Allstate learned that there are additional documents
15  contained in its claim file that were not produced by prior defense counsel and which Allstate's
16  current counsel is preparing for production;

17  Whereas, in response to written discovery, Allstate is preparing the relevant non-privileged
18  portions of its claim handling manuals for production;

19  Whereas, the parties have met and conferred regarding the filing of cross-motions for
20  summary judgment and agree that such motions would be appropriate in this case;

21  Whereas, the parties would like to defer the time and expense of expert discovery and
22  certain fact discovery until after the Court has ruled on the cross-motions for summary judgment;

23  Whereas, the current filing deadline for the parties' cross-motions for summary judgment
24  is August 7, 2024;

25  Whereas, the current filing deadline for the parties' oppositions to cross-motions for
26  summary judgment is September 4, 2024;

27  Whereas, the current filing deadline for the parties' reply briefs in support of their cross-
28  motions for summary judgment is September 17, 2024;

1   Whereas, the current hearing date for the parties' cross-motions for summary judgment is
2   September 30, 2024 at 1:30 p.m.;

3   Whereas, the current deadline to disclose experts and produce expert reports is October 11,
4   2024;

5   Whereas, the current deadline to disclose rebuttal experts and produce rebuttal expert
6   reports is November 8, 2024;

7   Whereas, the current discovery completion date is November 15, 2024;

8   Whereas, the current deadline to file all motions, except motions for continuances,
9   temporary restraining orders, or other emergency applications, is December 13, 2024;

10  Whereas, the final pretrial conference is currently scheduled for February 24, 2025, at 1:30
11  p.m.;

12  Whereas, trial is currently scheduled for April 15, 2025 at 9:00 a.m.;

13  Whereas, the parties have met and conferred and agree that the foregoing case management
14  dates and deadlines should be continued to allow additional time to conduct the discovery needed
15  to file cross-motions for summary judgment and to set a briefing schedule for those motions such
16  that any remaining discovery (including expert discovery) can be deferred until after the Court
17  rules on the parties' cross-motions;

18  Therefore, subject to the Court's approval, the Parties, by and through their respective
19  attorneys of record, hereby stipulate to modify the Court's Scheduling Order (Docket No. 14) and
20  Order Modifying the Briefing Schedule on Cross-Motions for Summary Judgment (Docket No.
21  16), as proposed below:

22  1.   The parties' cross-motions for summary judgment shall be filed on or before
23  January 22, 2025;

24  2.   Any opposition to the parties' cross-motions for summary judgment shall be filed
25  on or before February 19, 2025;

26  3.   Any reply brief in support of the parties' cross-motions for summary judgment
27  shall be filed on or before March 4, 2025;

28

4.     The hearing date for the parties' cross-motions for summary judgment shall be scheduled for March 17, 2025 at 1:30 p.m.;

5.     The deadline to disclose experts and produce expert reports shall be continued to June 4, 2025;

6.     The deadline to disclose rebuttal experts and produce rebuttal expert reports shall be continued to July 3, 2025;

7.     The discovery completion date shall be continued to July 17, 2025;

8.     The deadline to file all motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be continued to July 24, 2025;

9.     The final pretrial conference shall be continued to September 8, 2025 at 1:30 p.m.; and

10.    The trial date shall be continued to November 4, 2025 at 9:00 a.m.

IT IS SO STIPULATED.[1]

Dated:  August 16, 2024

                 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        */s/ Joseph E. Foss*
        JOSEPH E. FOSS
        Attorneys for Defendant
        Allstate Northbrook Indemnity Company

Dated:  August 16, 2024

By        */s/ Jonathan Amir Durham*
        JONATHAN AMIR DURHAM
        Attorneys for Plaintiff
        James Gloria

---

[1] The filer certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**ORDER**

Having considered the Stipulation and for good cause shown, IT IS HEREBY ORDERED that the Court's Scheduling Order (Docket No. 14) and Order Modifying the Briefing Schedule on Cross-Motions for Summary Judgment (Docket No. 16) be modified as follows:

1. The parties' cross-motions for summary judgment shall be filed on or before January 22, 2025;

2. Any opposition to the parties' cross-motions for summary judgment shall be filed on or before February 19, 2025;

3. Any reply brief in support of the parties' cross-motions for summary judgment shall be filed on or before March 4, 2025;

4. The hearing date for the parties' cross-motions for summary judgment shall be scheduled for March 17, 2025 at 1:30 p.m.;

5. The deadline to disclose experts and produce expert reports shall be continued to June 4, 2025;

6. The deadline to disclose rebuttal experts and produce rebuttal expert reports shall be continued to July 3, 2025;

7. The discovery completion date shall be continued to July 17, 2025;

8. The deadline to file all motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be continued to July 24, 2025;

9. The final pretrial conference shall be continued to September 8, 2025 at 1:30 p.m.; and

10. The trial date shall be continued to November 4, 2025 at 9:00 a.m.

IT IS SO ORDERED.

DATED: August 19, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE