1   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
2       Including Professional Corporations
    PETER H. KLEE, Cal. Bar No. 111707
3   JOSEPH E. FOSS, Cal. Bar No. 198294
    501 West Broadway, 18th Floor
4   San Diego, California 92101-3598
    Telephone:      619.338.6500
5   Facsimile:      619.234.3815
    E mail          PKlee@sheppardmullin.com
6                   JFoss@sheppardmullin.com

7   Attorneys for Defendant
    ALLSTATE NORTHBROOK INDEMNITY COMPANY
8   erroneously sued as Allstate Indemnity Company

9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11
                        SACRAMENTO DIVISION
12

13
    JAMES GLORIA,                          Case No. 2:22-cv-01126-WBS-CKD
14
                Plaintiff,                 **JOINT STIPULATION TO MODIFY**
15                                         **BRIEFING SCHEDULE RE CROSS-**
                                           **MOTIONS FOR SUMMARY**
        v.                                 **JUDGMENT; ORDER**
16
    ALLSTATE INDEMNITY COMPANY,
17  a business entity; and DOES 1 through 50,
    inclusive,                             Hon. William B. Shubb
18                                         Courtroom 5, 14th Floor
                Defendants.
19                                         Magistrate Judge Carolyn K. Delaney
                                           Courtroom 24, 8th Floor
20

21

22

23

24

25

26

27

28
                                           Case No. 2:22-cv-01126-WBS-CKD
    SMRH:4910-3944-0400.2   JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE RE CROSS-MOTIONS FOR
                                                       SUMMARY JUDGMENT; ORDER

1    This stipulation is hereby entered into by and between plaintiff James Gloria and defendant

2  Allstate Northbrook Indemnity Company, by and through their respective counsel, for the purpose

3  of modifying the Order on Briefing Schedule on Cross-Motions for Summary Judgment (Docket

4  No. 18).

5    Whereas, the parties are in the process of conducting the discovery that is necessary for the

6  filing of their cross-motions for summary judgment;

7    Whereas, plaintiff has completed the first session of the deposition of Allstate's person

8  most knowledgeable and the parties will schedule a second session to take place on a mutually

9  convenient date;

10    Whereas, plaintiff has further noticed the deposition of a former Allstate employee,

11  however the witness may need to be subpoenaed;

12    Whereas, the parties have discussed the other witnesses who will need to be deposed in

13  this case and are working on scheduling depositions;

14    Whereas, during a recent deposition, Allstate learned that there are additional documents

15  contained in its claim file that were not produced by prior defense counsel and which Allstate's

16  current counsel is preparing for production;

17    Whereas, in response to written discovery, Allstate is preparing the relevant non-privileged

18  portions of its claim handling manuals for production;

19    Whereas, the parties have met and conferred regarding the filing of cross-motions for

20  summary judgment and agree that such motions would be appropriate in this case;

21    Whereas, the parties would like to defer the time and expense of expert discovery and

22  certain fact discovery until after the Court has ruled on the cross-motions for summary judgment;

23    Whereas, the current filing deadline for the parties' cross-motions for summary judgment

24  is January 22, 2025;

25    Whereas, the current filing deadline for the parties' oppositions to cross-motions for

26  summary judgment is February 19, 2025;

27    Whereas, the current filing deadline for the parties' reply briefs in support of their cross-

28  motions for summary judgment is March 4, 2025;

-1-    Case No. 2:22-cv-01126-WBS-CKD

1    Whereas, the current hearing date for the parties' cross-motions for summary judgment is

2   March 17, 2025 at 1:30 p.m.;

3    Whereas, the parties have met and conferred and agree that the foregoing briefing schedule

4   should be modified to accommodate the additional discovery that is needed;

5    Therefore, subject to the Court's approval, the Parties, by and through their respective

6   attorneys of record, hereby stipulate to Modify the Briefing Schedule on Cross-Motions for

7   Summary Judgment (Docket No. 18), as proposed below:

8    1.    The parties' cross-motions for summary judgment shall be filed on or before

9   March 21, 2025;

10    2.    Any opposition to the parties' cross-motions for summary judgment shall be filed

11   on or before April 18, 2025;

12    3.    Any reply brief in support of the parties' cross-motions for summary judgment

13   shall be filed on or before May 2, 2025; and

14    4.    The hearing date for the parties' cross-motions for summary judgment shall be

15   scheduled for May 12, 2025 at 1:30 p.m.

16    IT IS SO STIPULATED.[1]

17   Dated:  January 22, 2025

18    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

19    By          */s/ Joseph E. Foss*

20    JOSEPH E. FOSS
     Attorneys for Defendant

21    Allstate Northbrook Indemnity Company

22

23

24

25

26

27   [1] The filer certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

28

SMRH:4910-3944-0400.2    JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE RE CROSS-MOTIONS FOR
SUMMARY JUDGMENT; ORDER

1    Dated:  January 22, 2025

2

3                                        By        */s/ Jonathan Amir Durham*
                                                   JONATHAN AMIR DURHAM
4                                                    Attorneys for Plaintiff
                                                        James Gloria
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 2:22-cv-01126-WBS-CKD

SMRH:4910-3944-0400.2     JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE RE CROSS-MOTIONS FOR
                                                        SUMMARY JUDGMENT; ORDER

**ORDER**

Having considered the Stipulation and for good cause shown, IT IS HEREBY ORDERED that the Order Modifying the Briefing Schedule on Cross-Motions for Summary Judgment (Docket No. 18) be modified as follows:

1.    The parties' cross-motions for summary judgment shall be filed on or before March 21, 2025;

2.    Any opposition to the parties' cross-motions for summary judgment shall be filed on or before April 18, 2025;

3.    Any reply brief in support of the parties' cross-motions for summary judgment shall be filed on or before May 2, 2025; and

4.    The hearing date for the parties' cross-motions for summary judgment shall be scheduled for **May 12, 2025 at 1:30 p.m.**

IT IS SO ORDERED.

Dated:  January 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-4-                    Case No. 2:22-cv-01126-WBS-CKD