SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
JOSEPH E. FOSS, Cal. Bar No. 198294
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:   619.338.6500
Facsimile:   619.234.3815
E mail      PKlee@sheppardmullin.com
              JFoss@sheppardmullin.com

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES GLORIA,<br><br>        Plaintiff,<br><br>  v.<br><br>ALLSTATE INDEMNITY COMPANY,<br>a business entity; and DOES 1 through 50,<br>inclusive,<br><br>        Defendants. | Case No. 2:22-cv-01126-WBS-CKD<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER RE EXPERT DISCLOSURES; [PROPOSED] ORDER**<br><br>Hon. William B. Shubb<br>Courtroom 5, 14th Floor<br><br>Magistrate Judge Carolyn K. Delaney<br>Courtroom 24, 8th Floor |

1    This stipulation is entered into by and between plaintiff James Gloria and defendant
2    Allstate Indemnity Company, by and through their respective attorneys of record.
3    Whereas, the Court on its own motion continued the hearing on the parties' cross-motions
4    for summary judgment to November 3, 2025 (ECF No. 35);
5    Whereas, the current deadline to disclose expert witnesses and exchange expert reports is
6    November 3, 2025, which is the same date as the summary judgment hearing;
7    Whereas, the current deadline to disclose rebuttal experts and produce rebuttal expert
8    reports is December 1, 2025;
9    Whereas, the current discovery cutoff is December 19, 2025;
10   Whereas, the parties would like to defer the time and expense of expert discovery until
11   after the Court has ruled on the parties' cross-motions for summary judgment;
12   Whereas, the parties have met and conferred and agree that the foregoing discovery dates
13   and deadlines should be continued until after the Court rules on the parties' cross-motions for
14   summary judgment;
15   Therefore, subject to the Court's approval, the Parties, by and through their respective
16   attorneys of record, hereby stipulate to modify the Court's scheduling order (ECF No. 24) as
17   proposed below:
18       1.    The deadline to disclose expert witnesses and exchange expert reports shall be
19   continued to December 3, 2025;
20       2.    The deadline to disclose rebuttal experts and exchange rebuttal expert reports shall
21   be continued to December 29, 2025; and
22       3.    The discovery cutoff shall be continued to January 9, 2026.

1    IT IS SO STIPULATED.[1]

2  Dated: October 10, 2025

3                              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4                              By          */s/ Joseph E. Foss*
                                              JOSEPH E. FOSS
5                                            Attorneys for Defendant
6                                   Allstate Northbrook Indemnity Company

7  Dated: October 10, 2025

8

9                              By         */s/ Daniel T. Newman*
                                             DANIEL T. NEWMAN
10                                           Attorneys for Plaintiff
11                                                James Gloria

---

[1] The filer certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# ORDER

Having considered the Stipulation and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order in this case (ECF No. 24) be modified as follows:

1. The deadline to disclose expert witnesses and exchange expert reports shall be continued to December 3, 2025;

2. The deadline to disclose rebuttal experts and exchange rebuttal expert reports shall be continued to December 29, 2025; and

3. The discovery cutoff shall be continued to January 9, 2026.

Dated: October 20, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, glor22cv1126.stip.disc