SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
JOSEPH E. FOSS, Cal. Bar No. 198294
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:    619.338.6500
Facsimile:    619.234.3815
E mail        PKlee@sheppardmullin.com
              JFoss@sheppardmullin.com

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES GLORIA, | Case No. 2:22-cv-01126-WBS-CKD |
| Plaintiff, | **JOINT STIPULATION TO FURTHER MODIFY SCHEDULING ORDER RE EXPERT DISCLOSURES; ORDER** |
| v. | |
| ALLSTATE INDEMNITY COMPANY, a business entity; and DOES 1 through 50, inclusive, | Magistrate Judge Carolyn K. Delaney Courtroom 24, 8th Floor |
| Defendants. | |

This stipulation is entered into by and between plaintiff James Gloria and defendant Allstate Indemnity Company, by and through their respective attorneys of record.

Whereas, on November 3, 2025, the Court heard oral argument on the parties' cross-motions for summary judgment and took the motions under submission (ECF No. 38);

Whereas, the current deadline to disclose expert witnesses and exchange expert reports is December 3, 2025;

Whereas, the current deadline to disclose rebuttal experts and produce rebuttal expert reports is December 29, 2025;

Whereas, the current discovery and motion cutoffs are January 9, 2026;

Whereas, the parties would like (i) to defer the time and expense of expert discovery until after the Court has ruled on the parties' cross-motions for summary judgment and (ii) additional time to complete the remaining discovery in this case;

Whereas, the attorneys of record for both parties have other trials scheduled to take place in January 2026;

Whereas, the parties have met and conferred and agree that the foregoing discovery dates and deadlines should be continued until after the Court rules on the parties' cross-motions for summary judgment and to allow additional time to complete discovery;

Therefore, the Parties, by and through their respective attorneys of record, hereby stipulate to modify the Court's scheduling order (ECF No. 24) as proposed below:

1. The deadline to disclose expert witnesses and exchange expert reports shall be continued to January 9, 2026;

2. The deadline to disclose rebuttal experts and exchange rebuttal expert reports shall be continued to February 2, 2026; and

3. The discovery and motion cutoff dates shall be continued to February 20, 2026.

1       IT IS SO STIPULATED.[1]

2 Dated: November 5, 2025

3                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

4                   By          */s/ Joseph E. Foss*

5                               JOSEPH E. FOSS
                            Attorneys for Defendant

6                         Allstate Northbrook Indemnity Company

7 Dated: November 5, 2025

8

9                   By          */s/ Daniel T. Newman*

10                              DANIEL T. NEWMAN
                            Attorneys for Plaintiff

11                               James Gloria

---

[1] The filer certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## ORDER

Having considered the parties' Stipulation and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order in this case (ECF No. 24) be modified as follows:

1. The deadline to disclose expert witnesses and exchange expert reports shall be continued to January 9, 2026;

2. The deadline to disclose rebuttal experts and exchange rebuttal expert reports shall be continued to February 2, 2026; and

3. The discovery and motion cutoff dates shall be continued to February 20, 2026.

Dated: November 6, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE