LAW OFFICES OF JONATHAN DURHAM
JONATHAN DURHAM, Cal. Bar No. 278227
4600 Northgate Blvd., Suite 145
Sacramento, California, 95834
Telephone:     (916) 800-2531
Facsimile:     (888) 321-4869
Email:         jonathandurhamlaw@gmail.com

LAW OFFICE OF DANIEL T. NEWMAN
DANIEL T. NEWMAN, Cal. Bar No. 314937
8399 Folsom Blvd., Ste. 1, Pmb #4000
Sacramento, California 95826
Telephone:     (916) 216-9339
Email:         dnewman@dtnatty.com

Attorneys for Plaintiff JAMES GLORIA.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
PETER H. KLEE, Cal. Bar No. 111707
JOSEPH E. FOSS, Cal. Bar No. 198294
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:     619.338.6500
Facsimile:     619.234.3815
Email          PKlee@sheppardmullin.com
               JFoss@sheppardmullin.com

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES GLORIA, | Case No. 2:22-cv-01126-WBS-CKD |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| v. | |
| ALLSTATE INDEMNITY COMPANY, a business entity; and DOES 1 through 50, inclusive, | Hon. William B. Shubb Courtroom 5, 14th Floor |
| Defendants. | |

SMRH:4920-2075-6392.1

This joint stipulation is entered into by and between plaintiff James Gloria and defendant Allstate Indemnity Company, by and through their respective attorneys of record.

Whereas, the Parties have reached a settlement and have entered into a settlement agreement whereby Plaintiff has agreed to dismiss the above-captioned action with prejudice.

Therefore, the Parties, by and through their respective attorneys of record, hereby stipulate to dismiss this action, with prejudice, with each party to bear its own attorneys' fees and costs as set forth in the settlement agreement executed by the Parties.

IT IS SO STIPULATED.[1]

Dated:  May 5, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
                /s/ Joseph E. Foss
               JOSEPH E. FOSS
            Attorneys for Defendant
         Allstate Indemnity Company

Dated:  May 5, 2026

LAW OFFICE OF DANIEL T. NEWMAN

By _____
               /s/ Daniel T. Newman
              DANIEL T. NEWMAN
            Attorneys for Plaintiff
               James Gloria

---

[1] The filer certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Case No. 2:22-cv-01126-WBS-CKD

SMRH:4920-2075-6392.1

JOINT STIPULATION FOR DISMISSAL; ORDER

**ORDER**

Having considered the parties' Stipulation and for good cause shown, IT IS HEREBY ORDERED that the case is hereby dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  May 7, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SMRH:4920-2075-6392.1                                    JOINT STIPULATION FOR DISMISSAL; ORDER